In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-130 CV


____________________



IN RE GEORGE MORAN, JR.






Original Proceeding






MEMORANDUM OPINION (1)


 On March 12, 2004, George Moran, Jr., filed a petition for writ of mandamus. The
trial court subsequently entered a final, appealable judgment in the underlying litigation.
On April 6, 2004, the relator filed a motion to dismiss the petition without prejudice.

 Accordingly, this original proceeding is dismissed without reference to the merits.

 WRIT DISMISSED. 

 PER CURIAM


Opinion Delivered April 8, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.